UNITED STATES of America, Plaintiff–Appellee,

v.

Spencer DURHAM, Defendant–Appellant.

No. 04–2481.

United States Court of Appeals, Seventh Circuit.

Sept. 22, 2005.

James Barz, Office of The United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Richard H. Parsons, Johanna M. Christiansen, Office of The Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Before FAIRCHILD, POSNER, and KANNE, Circuit Judges.

### ORDER

After we ordered a limited remand, *see United States v. Booker*, — U.S. —, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); *United States v. Paladino*, 401 F.3d 471, 484 (7th Cir.2005), the district judge informed us that she would have imposed the same sentence on Spencer Durham

had she known the sentencing guidelines were advisory. Because that sentence fell within the correctly calculated guidelines range, it was presumptively reasonable. *See United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir.2005). Since Durham filed no response to rebut that presumption and our independent review uncovers nothing to suggest unreasonableness, the judgment is AFFIRMED.